STEFAN KAMMERLANDER, an individual;
ALEXANDER COENEN, an individual;
MARTIN FASSER HEEG, an individual;
AMERIMARK GROUP AG, a Swiss
corporation; and PHILOMAXCAP AG, a
German corporation,

Third-Party Defendants.

## [PROPOSED] ORDER

The Court, having reviewed Respondents' Unopposed Motion to File Under Seal (the "Motion") filed by Rymark, Inc. ("Rymark"), Nicholas Thayne Markosian ("Markosian"), John Kirkland ("Kirkland"), and Vicky Small ("Small") (hereinafter together, "Respondents"), and the Court having determined good cause exists for the Motion,

IT IS HEREBY ORDERED this 17th day of November, 2025, that:

1. The Motion is GRANTED.

2. Respondents' Opposition, and any exhibits attached thereto, may be filed under seal.

_____
The Honorable Gregory B. Williams
United States District Judge